## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CALVIN THOMPSON,** : | |
| : | |
| Petitioner, : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 19-3093** |
| **KEVIN RANSOM, et al.,** : | |
| : | |
| : | |
| Respondents. : | |

## ORDER

**AND NOW**, this __1st__ day of May, 2020, upon careful and independent consideration of Petitioner's Petition for Writ of Habeas Corpus (Doc. 2), Respondents' Response in Opposition (Doc. 8), Petitioner's Reply (Doc. 9), Magistrate Judge Elizabeth T. Hey's Report and Recommendation ("Report and Recommendation") (Doc. 11), and Petitioner's Objections to the Report and Recommendation (Doc. 13), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED AS UNTIMELY**; and

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Petrese B. Tucker

_____
Hon. Petrese B. Tucker, U.S.D.J.